UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

---

In re:

Angela M. Richter,

　　　　Debtor.

Case No. 25-40259
Chapter 7

---

## ORDER AUTHORIZING SALE OF PROPERTY

This matter came before the court on the motion of Nauni Manty, the chapter 7 trustee for the bankruptcy estate of Angela M. Richter, for an order authorizing her to sell the debtor's Cabin as defined below in paragraph 1 to Trevor Haugrud and Scott Mell.  Based upon the files, records and proceedings herein,

**IT IS ORDERED:**

1.　　The trustee is authorized to sell the property for $375,000 located at 50400 Bayside Avenue, Rush City, Minnesota 55069 and legally described:

> That part of Government Lot 4, Section 22, Township 37, Range 22, Chisago County, Minnesota, described as follows:
>
> Commencing at the West Quarter corner of said Section 22; Thence 181 degrees 18 minutes 17 seconds, assumed azimuth from North along the West line of said Section 22, a distance of 173.00 feet; Thence 132 degrees 54 minutes 17 seconds, 469.32 feet to the point of beginning of the tract to be herein described; Thence 312 degrees 54 minutes 17 seconds, a distance of 80.69 feet; Thence 211 degrees 37 minutes 17 seconds a distance of 160 feet, more or less, to the shore of Rush Lake; Thence Southeasterly along said shoreline, to its intersection with a line whose azimuth is 214 degrees 49 minutes 41 seconds from the point of beginning; Thence 34 degrees 49 minutes 41 seconds a distance of 140 feet more or less, to the point of beginning and there to terminate.
>
> Subject to and together with that certain Easement Agreement dated September 4, 1981, and recorded as Microfilm No. 172699 on September 23, 1981.  Chisago County, Minnesota (Abstract)(the "Cabin").

2.      The trustee is authorized to pay Nathan Genovese of RE/MAX Real Estate Results and Brian Witte of Accent Real Estate their commission and expenses as per their application upon the closing of the sale as well as any other closing costs.

3.      The relief granted is in the best interest of the estate, all creditors and other interested parties in this case.

4.      The Cabin is sold "as is, where is" without any representations and warranties.

5.      The trustee and her representatives are authorized to take such other actions and execute and deliver such additional documents or instruments as will be reasonably necessary to effectuate the transactions contemplated in the trustee's motion.

Dated:  *May 22, 2026*

*s/ Katherine A. Constantine*

Katherine A. Constantine
Chief United States Bankruptcy Judge

2